| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:** |

TONIMARIE RHONE, on behalf of herself and all others similarly situated,

                Plaintiff,

      v.

THE NATURAL BABY COMPANY, LLC,

                Defendant.

No. 23-cv-3096 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This ADA action was filed on April 13, 2023, but no proof of service has been filed to date. No later than August 16, 2023, Plaintiff shall file proof of service indicating that the Summons and Complaint were served on Defendant in a timely manner pursuant to Federal Rule of Civil Procedure 4(m). Failure to do so may result in dismissal of this action pursuant to the Rule.

SO ORDERED.

Dated:    August 9, 2023
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge